UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Elisha Hill,

        Plaintiff,

v.

Commissioner of Social Security,

        Defendant.
_____/

Case No. 14-13029

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION [17]**

This matter comes before the Court on the Magistrate Judge's June 9, 2015 Report and Recommendation. (Dkt. 17.) The Magistrate Judge recommended that Plaintiff's motion for summary judgment be denied, that Defendant's motion for summary judgment be granted, and that the decision of the Commissioner be affirmed. Plaintiff timely filed an objection on June 22, 2015. (Dkt. 18.) Defendant responded on June 29, 2015. (Dkt. 19.)

Being fully advised in the premises, having reviewed the pleadings, including Plaintiff's objection, de novo, the Court finds no reason to depart from the Magistrate Judge's recommendation. Accordingly, the Court ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's motion for summary judgment is DENIED, Defendant's motion for summary judgment is GRANTED, and the decision of the Commissioner is AFFIRMED.

        SO ORDERED.

S/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: July 28, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 28, 2015, by electronic and/or ordinary mail.

S/Carol J. Bethel
Case Manager